CO-386
Rev. 10/03

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SOUTH COAST AIR QUALITY
MANAGEMENT DISTRICT,                )
                                    )
                                    )
                Plaintiff           )
                                    )
        v.                          )       Civil Action No. _____
                                    )
STEPHEN L. JOHNSON, Administrator,  )
U.S.EPA, and ENVIRONMENTAL PRO-     )
TECTION AGENCY    Defendant         )
                                    )
                                    )

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for ___South Coast Air Quality Management,___ District

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of ___South Coast Air Quality Management District___, which have any outstanding securities

in the hands of the public. ___None___

_____

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Kathy S. Ghiladi_
Signature

435484
_____
Bar Identification Number

Kathy S. Ghiladi
_____
Print Name

2001 L Street, NW, Second Floor
_____
Address

Washington,    DC        20036
_____
City           State     Zip

202-466-8960
_____
Telephone Number