1

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

3

SOUTH COAST AIR QUALITY                    )    Civ. No.
MANAGEMENT DISTRICT, a Political           )

4

Subdivision of the State of California,    )
                                           )

5

                Plaintiff,                 )
                                           )

6

        v.                                 )
                                           )

7

STEPHEN L. JOHNSON, Administrator,         )
United States Environmental Protection Agency )

8

and UNITED STATES ENVIRONMENTAL            )
PROTECTION AGENCY,                         )

9

                                           )

10

                Defendants.                )
                                           )

11

**MOTION PURSUANT TO LOCAL DISTRICT COURT**

12

**RULE 83.2(d) FOR ADMISSION *PRO HAC VICE***
**AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

13

        Kathy S. Ghiladi, (the "Movant"), a member in good standing of the District of Columbia

14

Bar admitted to practice before the United States District Court for the District of Columbia,

15

respectfully moves the court to enter an Order permitting Barbara Baird, an attorney with the

16

South Coast Air Quality Management District, to practice *pro hac vice* before this Court.  In

17

support of this motion, the Movant respectfully represents as follows:

18

        (1)    Barbara Baird is the Principal Deputy District Counsel for the Coast Air Quality

19

Management District, a governmental entity, and maintains her offices at 21865 Copley Drive in

20

Diamond Bar, California 91765 (telephone 909-396-3460);

21

        (2)    Ms. Baird is admitted to practice before, among others, the United States District

22

Court for the Central District of California and is a member in good standing of the California

23

State Bar;

24

        (3)    Submitted herewith is a declaration by Ms. Baird in accordance with LCvR

25

83.2(d);

26

27

28

1

1    (4)    The Movant requests that this Court grant this Motion so that Ms. Baird may file

2  pleadings and appear and be heard at any hearing in this proceeding.

3

4                                                Respectfully Submitted,

5  Dated:  September 28, 2007

6                                                Kathy S. Ghiladi (435484)
                                                 Feldesman Tucker Leifer Fidell LLP
7                                                2001 L Street NW, 2nd Floor
                                                 Washington D.C. 20036
8                                                Tel: (202) 466-8960
                                                 Fax: (202) 293-8103
9                                                Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of September, 2007, copies of the foregoing Motion were served upon:

Jeffrey A. Taylor                                    **(By Hand Delivery)**
United States Attorney for the District of Columbia
Office of the United States Attorney for the District of Columbia
555 4thStreet, N.W.
Washington, D.C. 20530

The Honorable Peter D. Keisler
Acting Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Stephen L. Johnson, Administrator          **(By Certified Mail)**
United States Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

United States Environmental Protection Agency     **(By Certified Mail)**
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Kathy S. Ghiladi

1

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

3

4

5

6

7

8

9

10

11

12

13

14

| | | |
|---|---|---|
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, a Political Subdivision of the State of California, 21865 Copley Drive Diamond Bar, CA 91765 | ) ) ) ) ) ) | Civ. No. |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, United States Environmental Protection Agency Ariel Rios Building 1200 Pennsylvania Avenue, N.W. Washington, D.C. 20460 | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

15

16

**DECLARATION OF BARBARA BAIRD IN SUPPORT OF**
**MOTION PURSUANT TO LOCAL DISTRICT COURT**
**RULE 83.2(d) FOR ADMISSION PRO HAC VICE**

17

18    1.    I, Barbara Baird, submit this following declaration pursuant to Local rule 83.2(d)

19 in support of the Motion for Admission *Pro Hac Vice* to this Court:

20    2.    My full name is Barbara Beth Baird;

21    3.    I am employed as the District Counsel for the South Coast Air Quality

22 Management District and maintain my office at 21865 Copley Drive in Diamond Bar, California

91765 (telephone 909-396-3460);

23    4.    I am a member of good standing of the following bars and courts:

24        •   State Bar of California (#81507);

25        •   California Supreme Court;

26        •   United States Supreme Court;

27        •   Court of Appeals for the District of Columbia;

28        •   Ninth Circuit Court of Appeals;

1

- U.S. District Court for the Central District of California;
- U.S. District Court for the Southern District of California; and
- U.S. District Court for the Eastern District of California.

5.    I am in good standing and eligible to practice in all courts and jurisdiction to which I am admitted.  I have never been disciplined by any bar.

6.    I have not been admitted *pro hac vice* to the Bar of the United States District Court for the District of Columbia during the past two years.

7.    I do not maintain an office in the District of Columbia, am not a member of the Bar for the District of Columbia, and am not seeking admission to the Bar for the District of Columbia.

I make the forgoing statements under penalty of perjury of the laws of the United States.

Dated: September 27, 2007

Barbara Baird

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, a Political Subdivision of the State of California, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Civ. No.

## [PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE

Upon the Motion of Kathy S. Ghiladi, a member in good standing of the Bar of the District of Columbia admitted to practice before the United States District Court for the District of Columbia, seeking the entry of an Order permitting Barbara Baird of the South Coast Air Quality Management District to practice *pro hac* vice before this Court and to represent Plaintiff South Coast Air Quality Management District in the above captioned proceedings, therefore:

IT IS on this _____ day of October, 2007

ORDERED, that Barbara Beth Baird of South Coast Air Quality Management District, which maintains an office at 21865 Copley Drive in Diamond Bar, California 91765, be and hereby is granted admission to appear *pro hac vice* in this proceeding.

_____
United States District Judge

1