**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, a Political Subdivision of the State of California,<br>21865 Copley Drive<br>Diamond Bar, CA 91765 | ) ) ) ) ) | Civ. No. 07-1744<br><br>Judge Rosemary M. Collyer |
|         Plaintiff, | ) ) ) | |
|    v. | ) ) | |
| STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency and<br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY,<br>United States Environmental Protection Agency<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460 | ) ) ) ) ) ) ) ) ) ) | |
|         Defendants. | ) ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as counsel for defendants Stephen L. Johnson, Administrator, United States Environmental Protection Agency and United States Environmental Protection Agency.

Respectfully submitted,
RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ EILEEN T. McDONOUGH
Environmental Defense Section
United States Department of Justice
Post Office Box 23986
Washington, D.C.  20026-3986
telephone: (202) 514-3126
fax: (202) 514-8865
eileen.mcdonough@usdoj.gov

Dated: December 3, 2007