**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FRIENDS OF THE EARTH, | ) | 1:07-cv-01572 |
| | ) | |
| Plaintiff, | ) | Judge Rosemary M. Collyer |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, | ) ) | 1:07-cv-01744 |
| | ) | Judge Rosemary M. Collyer |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| STEPHEN L. JOHNSON and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) | |
| Defendants. | ) ) | |

**EPA'S UNOPPOSED MOTION TO CONSOLIDATE**

Defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator of the United States Environmental Protection Agency (collectively "EPA"), move to consolidate these two cases. In support of this motion, EPA states the following:

1. On September 5, 2007, Friends of the Earth filed a complaint alleging that EPA has failed to carry out a nondiscretionary duty to promulgate regulations containing standards applicable to emissions from Category 3 marine diesel engines under Clean Air Act ("CAA") section 213(a), 42 U.S.C. § 7547(a) and the Administrative Procedure Act, 5 U.S.C. §§ 701 et

1

seq. ("APA").

2. <u>Friends of the Earth</u> has been assigned to Judge Rosemary M. Collyer. The Initial Scheduling Conference is set for January 3, 2008.

3. On September 28, 2007, South Coast Air Quality Management District ("South Coast") filed a complaint alleging EPA has failed to carry out a nondiscretionary duty to promulgate regulations containing standards applicable to emissions from Category 3 marine diesel engines under Clean Air Act ("CAA") section 213(a), 42 U.S.C. § 7547(a) and the Administrative Procedure Act, 5 U.S.C. §§ 701 et seq. ("APA").

4. On September 28, 2007, South Coast also filed a Notice of Related Case, stating that its case is related to Case Number 1:07-cv-01572.

5. <u>South Coast</u> has been assigned to Judge Rosemary M. Collyer. The Initial Scheduling Conference is set for January 10, 2008.

6. Because the two cases involve the same allegation of EPA's failure to carry out the same alleged nondiscretionary duty, consolidation of these cases will avoid duplication of filings and proceedings, as well as the risk of inconsistent results, and otherwise conserve the resources of the Court and the parties.

7. On December 19, 2007, counsel for EPA contacted Ms. Sarah Burt, counsel for Friends of the Earth in Case Number 1:07-cv-01572-RMC, who stated that Friends of the Earth does not oppose this motion, so long as the conditions in Paragraph 8 are satisfied. On December 19, 2007, counsel for EPA also contacted Ms. Barbara Baird, counsel for South Coast in Case Number 1:07-cv-01744-RMC, who stated that South Coast does not oppose this motion for consolidation, so long as the conditions in Paragraph 8 are satisfied.

8.  Conditions on consolidation:

   a.  Each plaintiff will be entitled to file individual, separate briefs.

   b.  Plaintiffs' page limit on briefs will not be reduced from what it would have been without consolidation.

   c.  Plaintiffs will receive the same amount of time to oppose or reply to briefing that Defendants receive.

   d.  Defendants will file one consolidated response to any individual dispositive motions by plaintiffs.  Plaintiffs agree to not oppose Defendants' reasonable requests for additional pages during briefing, should the need arise.

WHEREFORE, EPA respectfully requests that the Court grant this motion to consolidate these two cases.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/ EILEEN T. McDONOUGH
Environmental Defense Section
United States Department of Justice
Post Office Box 23986
Washington, D.C.  20026-3986
telephone: (202) 514-3126
fax: (202) 514-8865
eileen.mcdonough@usdoj.gov

CHRISTINA L. RICHMOND
Environmental Defense Section
United States Department of Justice
Post Office Box 23986
Washington, D.C.  20026-3986
telephone: (202) 514-3376
fax: (202) 514-8865

        [christina.richmond2@usdoj.gov](mailto:christina.richmond2@usdoj.gov)

        Attorneys for Defendants

        Dated: December 20, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FRIENDS OF THE EARTH, | ) | 1:07-cv-01572 |
| | ) | |
| Plaintiff, | ) | Judge Rosemary M. Collyer |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, | ) ) | 1:07-cv-01744 |
| | ) | Judge Rosemary M. Collyer |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| STEPHEN L. JOHNSON and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) | |
| Defendants. | ) ) | |

**PROPOSED ORDER**

Upon consideration of the unopposed motion to consolidate Nos. 1:07-cv-01572 and 1:07-cv-01744, it is hereby:

ORDERED that the motion to consolidate be granted on the terms specified therein.

SO ORDERED.

_____
ROSEMARY M. COLLYER
United States District Judge

Dated: _____

1