UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FRIENDS OF THE EARTH,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES ENVIRONMENTAL** ) <br> **PROTECTION AGENCY,** *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-1572 (RMC) <br> (consolidated with 07-1744) |

## ORDER CONSOLIDATING CASES

Before the Court is the unopposed Motion to Consolidate Civil Action Nos. 07-1572, *Friends of the Earth v. U.S. Envtl. Prot. Agency*, and 07-1744, *South Coast Air Quality Mgmt. Dist. v. Johnson*. Pursuant to Rule 42 of the Federal Rules of Civil Procedure, the Court has determined that there are common issues of law and fact that necessitate the consolidation of Civil Action Nos. 07-1572 and 07-1744. Accordingly, it is hereby

**ORDERED** that the Motion to Consolidate [Dkt. ## 10, 11] is **GRANTED**;[1] and it is

**FURTHER ORDERED** that Civil Action Nos. 07-1572 and 07-1744 are hereby **CONSOLIDATED**; and it is

**FURTHER ORDERED** that the Initial Scheduling Conference set for 11:45 a.m. on January 3, 2008 in Civil Action No. 07-1572 is hereby **VACATED** and rescheduled for 10:15 a.m. on January 10, 2008; and it is

---

[1] The Court grants the Motion for Consolidation without adopting the "conditions on consolidation" enumerated at ¶ 8.

**FURTHER ORDERED** that the Clerk's Office shall **CLOSE** Civil Action No. 07-1744 and **TRANSFER** the parties in that case to the earlier case, Civil Action No. 07-1572; and it is

**FURTHER ORDERED** that from this date forward all pleadings shall be filed *only* in the earlier case, Civil Action No. 07-1572.  The parties are advised <u>not</u> to elect to "spread text" when filing on ECF, as this will result in repetitive docketing and emails.

**SO ORDERED**.

Date:    December 21, 2007                             _____/s/_____
                                                                    ROSEMARY M. COLLYER
                                                                    United States District Judge